DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 505P10 | State v. David Franklin Hurt | 1. State's Motion for Temporary Stay (COA09-442) | 1. Allowed **11/30/10** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. State's Petition in the Alternative for Discretionary Review | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |
| | | 6. Def's Motion to Amend Response to State's PDR | 6. Allowed |
| | | | **Timmons-Goodson, J., Recused** |
| 518P07-2 | State v. Drellco Lamont Hunter | Def's Petition for Expedited Review (COAP12-150) | See Special Order **09/05/12** |
| | | | **Jackson, J., Recused** |
| 524P04-3 | State v. Christopher Deon Gattis | Def's *Pro Se* Motion for NOA | Dismissed |
| | | | **Hudson, J., Recused** |
| 533P10 | State v. Jarvis Leon Williams | 1. State's Motion for Temporary Stay (COA10-58) | 1. Allowed **12/20/10** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. Dismissed *Ex Mero Motu* |
| | | 4. State's Petition in the Alternative for Discretionary Review Under N.C.G.S. § 7A-31 | 4. Allowed |
| 652P05-2 | State v. Tommy Andrews | 1. Def's *Pro Se* PWC to Review Order of COA (COAP11-586) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |